UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CIANA PLUVIOSE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 18-12347-PBS |
| SELECT PORTFOLIO SERVICING, INC. ) | |
| and KORDE & ASSOCIATES, ) | |
| ) | |
| Defendants. ) | |

# REPORT AND RECOMMENDATION ON DEFENDANTS' MOTIONS TO DISMISS AND PLAINTIFF'S MOTION TO REMAND

April 12, 2019

DEIN, U.S.M.J.

## I. INTRODUCTION

The *pro se* plaintiff, Ciana Pluviose, has brought this action against Select Portfolio Servicing, Inc. ("SPS") and Korde & Associates ("K&A") over the allegedly wrongful foreclosure of her residence in Brockton, Massachusetts.[1] The plaintiff originally brought suit in Plymouth County Superior Court, alleging that SPS had engaged in unfair and deceptive practices in relation to the foreclosure of her home. SPS removed the action to federal court with K&A's consent. This matter is presently before the court on the plaintiff's "Motion to Remand" (Docket No. 9), by which the plaintiff seeks to have this case remanded to the state court. Both

---

[1] The state court record is unclear as to whether Wells Fargo Bank and Ocwen Loan Servicing, LLC were intended to be defendants to the state court action. (See Docket No. 8 at 1, 6). However, they are not listed in the caption to the original complaint, nor are they listed on this court's docket. Therefore, they do not factor in this court's analysis.

5/1/19 I adopt the report and recommendation without objection.
Patti B Saris